**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

THOMAS COSTA AND KAREN COSTA,     :    No. 216 MAL 2017
AND ELMTOWNE GARDENS, LLC,     :
                             :
         Petitioners     :    Petition for Allowance of Appeal from
                             :    the Order of the Commonwealth Court
                             :
          v.                   :
                             :
                             :
CITY OF ALLENTOWN,           :
                             :
         Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.